# UNITED STATES DISTRICT COURT

Eastern District of Tennessee

Greeneville Division

| | |
|---|---|
| **Kelsie C. Meeks** | Case No. 2:22-CV-118 *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| **SEE ATTACHED** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

    **A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | **KELSIE C. MEEKS** |
| Street Address | **505 PAUL ST** |
| City and County | **GREENEVILLE, GREENE COUNTY** |
| State and Zip Code | **TENNESSEE 37743** |
| Telephone Number | 423-440-4475 |
| E-mail Address | meeks.kc@outlook.com |

    **B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | RAYMOND V. JOHNSON |
| Job or Title (if known) | DRIVER-OPERATOR |
| Street Address | 527 W FORT HILL ST |
| City and County | LOUDON, LOUDON COUNTY |
| State and Zip Code | TENNESSEE, 37774 |
| Telephone Number | UNKNOWN |
| E-mail Address (if known) | UNKNOWN |

Defendant No. 2

| | |
|---|---|
| Name | AMERICAN WHOLESALE BOOK COMPANY INC. |
| Job or Title (if known) | COMMERCIAL CARRIER |
| Street Address | 4350 BRYSON BLVD |
| City and County | FLORENCE, LAUDERDALE COUNTY |
| State and Zip Code | ALABAMA, 35630 |
| Telephone Number | 256-718-8356 |
| E-mail Address (if known) | UNKNOWN |

Defendant No. 3

| | |
|---|---|
| Name | BOOKS-A-MILLION INC |
| Job or Title (if known) | UNKNOWN |
| Street Address | 402 INDUSTRIAL LN |
| City and County | BIRMINGHAM, JEFFERSON COUNTY |
| State and Zip Code | ALABAMA, 35211 |
| Telephone Number | 865-691-2665 |
| E-mail Address (if known) | UNKNOWN |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* __KELSIE C. MEEKS__, is a citizen of the State of *(name)* __TENNESSEE__.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* __RAYMOND V. JOHNSON__, is a citizen of the State of *(name)* __TENNESSEE__. Or is a citizen of *(foreign nation)* _____.

        b.        If the defendant is a corporation

The defendant, *(name)*   **SEE ATTATCHED**   , is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**AMOUNT IN CONTROVERSY IS APPROXIMATELY $1 MILLION FOR LOSSES OF WAGES, PERSONAL INJURIES, AND PERMANENT INJURIES TO THE BODY AS A WHOLE.**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On September 29, 2021 the plaintiff was traveling North on 11E in a 2021 Nissan Sentra In Greeneville, Greene County. Approaching a green light was struck on the front passenger side by the driver, Raymond V. Johnson driving an 18 wheeler transfer truck, Which was approaching the defendant on the plaintiffs right side, exiting the 81 I 81 N. off ramp, and running the red light, striking the defendant, and totaling her car, and causing the plaintive serious and disabling injuries.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff, Kelsie Meeks, was injured by the defendants, in the following manner; her arm was broken in three places, her elbow badly injured, a concussion, it sliced her right hand open in two places, reinjured her left hand that was broken, caused lacerations on her chest, busted her lip, chipped one tooth, broke off a front tooth, and cracked four surrounding front teeth. plaintiffs left hand, elbow, fingers and arm, are permanently damage. The plaintiff can not further her career of choice due to risking her arm of becoming permantly imobilized. A risk that she now permanetly will fear. She was approved

by orthopedic surgeon to return to work 8 months after accident, with only a maximum 5-10 pound lifting restriction. Plaintiffs present and future medicals, pain and suffering, and disabilities are estimated in the $1 million dollar range.

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

 A.  **For Parties Without an Attorney**

  I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

  Date of signing:

  Signature of Plaintiff
  Printed Name of Plaintiff

 B.  **For Attorneys**

  Date of signing:    September 28, 2021

  Signature of Attorney       s/ William H. Bell
  Printed Name of Attorney    William H. Bell
  Bar Number                  006363
  Name of Law Firm            William H. Bell Attorney at Law
  Street Address              102 W. Mckee St
  State and Zip Code          Tennessee, 37743
  Telephone Number            423-639-7730
  E-mail Address              whbell944@gmail.com