UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| KELSIE C. MEEKS,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN WHOLESALE BOOK COMPANY, INC., BOOKS-A-MILLION INC., and RAYMOND V. JOHNSON,<br><br>*Defendants*. | Case No. 2:22-CV-118<br><br>Judge Curtis L. Collier<br><br>Magistrate Judge Cynthia R. Wyrick |

## JUDGMENT ORDER

On October 3, 2022, the Court ordered Plaintiff to show cause within fourteen days why the Court should not dismiss this action for lack of subject-matter jurisdiction. (Doc. 7.) Plaintiff has failed to do so. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ *LeAnna R. Wilson*
 CLERK OF COURT